# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Deborah L. Sawyer  
                     Debtor(s)

BK NO. 24-02258 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of AMERIHOME MORTGAGE COMPANY, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ *Brent J. Lemon*  
Brent Lemon  
18 Sep 2024, 11:07:06, EDT

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322