United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Deborah L. Sawyer  
    Debtor

Case No. 24-02258-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2  
Date Rcvd: Oct 10, 2024      Form ID: ntnew341      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah L. Sawyer, 60 Central Avenue, Wellsboro, PA 16901-1816 |
| 5651668 | + | Allied Interstate Llc, Attn: Bankruptcy Department, Po Box 361477, Columbus OH 43236-1477 |
| 5651669 | + | Amerihome Mortgage Company LLC, 425 Phillips Blvd, Trenton NJ 08618-1430 |
| 5651679 | + | Robertson Anschutz Schnied Crane, 133 Gaither Dr, Ste F, Mount Laurel NJ 08054-1710 |
| 5651680 | | Statebridge Company, Llc, Sttn: Bankruptcy, 606 S Willow Dr, Ste 300, Greenwood Village CO 80111 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Oct 10 2024 18:50:00 | Deutsche Bank National Trust Company, as Trustee f, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| 5651670 | + | Email/PDF: bncnotices@becket-lee.com | Oct 10 2024 18:54:39 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso TX 79998-1535 |
| 5651671 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 10 2024 18:54:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 5658791 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 10 2024 19:04:54 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5651672 | ^ | MEBN | Oct 10 2024 18:45:24 | Geisinger, 100 North Academy Avenue, Danville PA 17822-3941 |
| 5651673 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 10 2024 18:51:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 5651674 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 10 2024 19:04:52 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe LA 71203 |
| 5658427 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 10 2024 18:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5651675 | ^ | MEBN | Oct 10 2024 18:46:13 | KML Law group PC, 701 Market St, Ste 5000, Philadelphia PA 19106-1541 |
| 5651676 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 10 2024 18:54:10 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 5651677 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2024 18:51:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5651678 | + | Email/Text: BKEBN-Notifications@ocwen.com | Oct 10 2024 18:50:00 | PHH Mortgage, Po Box 5452, Mt Laurel NJ 08054-5452 |
| 5651681 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 10 2024 18:54:05 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |

| | | | | |
|---|---|---|---|---|
| 5651682 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Oct 10 2024 18:54:39 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando FL 32896-5064 |
| 5651683 | + Email/Text: BankruptcyNotice@upmc.edu | | Oct 10 2024 18:51:00 | UPMC, 600 Grant St, 58th Fl, Pittsburgh PA 15219-2739 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Brent J Lemon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lisa A Rynard | on behalf of Debtor 1 Deborah L. Sawyer larynard@larynardlaw.com |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Ameriquest Mortgage Securities Inc., Asset-Back wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Deborah L. Sawyer,                   Chapter     13

    **Debtor 1**

                                  Case No.     4:24−bk−02258−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: November 4, 2024<br><br>Time: 08:30 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701<br>570−831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristinaEdris, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 10, 2024 |

ntnew341 (09/23)