UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Deborah L. Sawyer<br>Debtor<br><br>Statebridge Company, LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III<br>v.<br><br>Deborah L. Sawyer<br>Jack N. Zaharopoulos<br>Respondents | CASE NO.: 24-02258-MJC<br><br>CHAPTER 13<br><br>Judge: Mark J. Conway<br><br>Hearing Date:<br><br>Objection Deadline: |

## **OBJECTION TO CONFIRMATION OF MODIFIED PLAN**

**PLEASE TAKE NOTICE** that Statebridge Company, LLC as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III ("Secured Creditor"), the holder of a mortgage on real property of the Debtor, located at 60 Central Avenue, Wellsboro, PA 16901, by and through its undersigned attorneys, hereby objects to the confirmation of the Modified Chapter 13 Plan on grounds including:

1. Debtor filed a Chapter 13 Plan on October 18, 2024.

2. Debtor`s plan misidentifies Secured Creditor. The correct Secured Creditor is Statebridge Company, LLC as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III. Accordingly, the treatment of Creditor`s Claim is unclear in the Chapter 13 Plan.

3. Debtor`s proposed plan is insufficient to provide for the total debt claim of Secured Creditor. The objecting creditor is due payoff of $21,891.27 plus interest over the life of the plan per Claim 7-1 filed on October 31, 2024.

4. The funding of the Plan is speculative and dependent upon the sale of Debtor's property purportedly located at "2 Sherman Street, Wellsboro, PA." Debtor`s proposed plan fails to provide any supporting information or documentation regarding the sale, retaining a broker, listing agreement, etc., and further fails to provide a concrete timeframe for the sale of said property. Moreover, Secured Creditor is without sufficient information to determine whether there is equity in the property sufficient to fund the Plan following sale.

In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C. 1325(a)(4) and 1325(b), *et seq.* unless the plan provides for full payment of the claim.

Dated: November 15, 2024

By: /s/ Lauren Moyer
Lauren Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Statebridge Company, LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Deborah L. Sawyer<br>Debtor<br><br>Statebridge Company, LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III<br>v.<br><br>Deborah L. Sawyer<br>Jeffrey Sawyer<br>Jack N. Zaharopoulos<br>Respondents | CASE NO.: 24-02258-MJC<br><br>CHAPTER 13<br><br>Judge: Mark J. Conway<br><br>Hearing Date:<br><br>Objection Deadline: |

**CERTIFICATE OF SERVICE OF OBJECTION TO CONFIRMATION OF PLAN**

The undersigned counsel for Statebridge Company, LLC as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III, ("Secured Creditor") certify that, on the date stated hereon, I caused to be served a copy of the Objection to Plan filed on behalf of Secured Creditor on the parties in the manner specified on the attached service list.

The type(s) of service made on the parties was: electronic notification or first class mail, postage pre-paid. Where service is by electronic notification, the address of the party is listed for identification purposes only.

EXECUTED ON: November 15, 2024

By: /s/ Lauren Moyer
Lauren Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Statebridge Company, LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

**Service by Regular Mail**

Deborah L. Sawyer
60 Central Avenue
Wellsboro, PA 16901
Bankruptcy Debtor

**Service by NEF**

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Bankruptcy Trustee

Lisa A Rynard
Law Office of Lisa A. Rynard
240 Broad Street
Montoursville, PA 17754
Attorney

Asst. U.S. Trustee
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
United States Trustee