## LOCAL BANKRUPTCY FORM 9013-3

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Williamsport)

| | |
|---|---|
| IN RE:<br>DEBORAH L. SAWYER<br>    Debtor | Case No. 4:24-bk-02258-MJC |
| Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-R1,<br>    Movant | Chapter 13 |
| vs.<br>DEBORAH L. SAWYER<br>    And<br>Jeffrey Sawyer, (NON-FILING CO-DEBTOR)<br>    Respondents | 11 U.S.C. §362 and §1301 |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

    Reason for the continuance.
Working on resolution

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: March 10, 2025

                                           Applicant's Signature

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Ryan Srnik, PA Bar No. 334854
Attorney for Creditor
BROCK & SCOTT, PLLC

Rev. Sept 1, 2014

3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

»

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Williamsport Division*

| | |
|---|---|
| IN RE:<br>DEBORAH L. SAWYER | Case No. 4:24-bk-02258-MJC<br>Chapter 13 |
| Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-R1,<br>    Movant<br><br>vs.<br><br>DEBORAH L. SAWYER ,<br>    Debtor<br>    And<br>Jeffrey Sawyer<br>    Co-Debtor | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Request to continue MFR hearing has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Lisa A Rynard, Debtor's Attorney
240 Broad Street
Montoursville, PA 17754
larynard@larynardlaw.com


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee, US Trustee
US Courthouse
1501 N. 6th St

Rev. Sept 1, 2014

Harrisburg, PA 17102

Via First Class Mail:

DEBORAH L. SAWYER
60 Central Avenue
Wellsboro, PA 16901


Jeffrey Sawyer
60 Central Avenue
Wellsboro, PA 16901


Date: <u>March 11, 2025</u>

                                         <u>*/s/Mario Hanyon*</u>
                                         Andrew Spivack, PA Bar No. 84439
                                         Matthew Fissel, PA Bar No. 314567
                                         Mario Hanyon, PA Bar No. 203993
                                         Ryan Starks, PA Bar No. 330002
                                         Jay Jones, PA Bar No. 86657
                                         Ryan Srnik, PA Bar No. 334854
                                         Attorney for Creditor
                                         BROCK & SCOTT, PLLC
                                         3825 Forrestgate Drive
                                         Winston Salem, NC 27103
                                         Telephone: (844) 856-6646
                                         Facsimile: (704) 369-0760
                                         E-Mail: PABKR@brockandscott.com