In re:                                                                Case No. 24-02258-MJC

Deborah L. Sawyer                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                                    User: AutoDocke                                  Page 1 of 3
Date Rcvd: Mar 11, 2025                          Form ID: ntcnfhrg                              Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah L. Sawyer, 60 Central Avenue, Wellsboro, PA 16901-1816 |
| 5668992 | + | AMERIHOME MORTGAGE COMPANY, LLC, Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5651668 | + | Allied Interstate Llc, Attn: Bankruptcy Department, Po Box 361477, Columbus OH 43236-1477 |
| 5651669 | + | Amerihome Mortgage Company LLC, 425 Phillips Blvd, Trenton NJ 08618-1430 |
| 5651679 | + | Robertson Anschutz Schnied Crane, 133 Gaither Dr, Ste F, Mount Laurel NJ 08054-1710 |
| 5651680 | | Statebridge Company, Llc, Sttn: Bankruptcy, 606 S Willow Dr, Ste 300, Greenwood Village CO 80111 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 11 2025 18:39:00 | Deutsche Bank National Trust Company, as Trustee f, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| cr | ^ | MEBN | Mar 11 2025 18:37:11 | Statebridge Company, LLC as servicer for Wilmingto, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 5674760 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 11 2025 18:41:57 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 300001, Greenville, TX 75403-3001 |
| 5664672 | | Email/PDF: bncnotices@becket-lee.com | Mar 11 2025 18:52:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5651670 | + | Email/PDF: bncnotices@becket-lee.com | Mar 11 2025 18:53:09 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso TX 79998-1535 |
| 5651671 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2025 18:42:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 5658791 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2025 18:41:57 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5651672 | ^ | MEBN | Mar 11 2025 18:37:07 | Geisinger, 100 North Academy Avenue, Danville PA 17822-3941 |
| 5669239 | | Email/Text: BNCnotices@dcmservices.com | Mar 11 2025 18:39:00 | Geisinger, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5651673 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 11 2025 18:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 5666194 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 11 2025 18:39:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5658427 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 11 2025 18:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

| Recip ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5651674 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 11 2025 18:41:58 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe LA 71203-4774 |
| 5651675 | ^ | MEBN | Mar 11 2025 18:37:08 | KML Law group PC, 701 Market St, Ste 5000, Philadelphia PA 19106-1541 |
| 5651676 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 11 2025 18:42:08 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 5651677 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 11 2025 18:39:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5651678 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 11 2025 18:39:00 | PHH Mortgage, Po Box 5452, Mt Laurel NJ 08054-5452 |
| 5669806 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 11 2025 18:39:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 5664192 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2025 18:42:10 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5665505 | ^ | MEBN | Mar 11 2025 18:37:09 | Statebridge Company, 6061 S. Willow Drive, Suite 300, Greenwood Village, CO 80111-5151 |
| 5662560 | ^ | MEBN | Mar 11 2025 18:37:10 | Statebridge Company, LLC, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5651681 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2025 18:42:10 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 5651682 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2025 18:42:20 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando FL 32896-5064 |
| 5651683 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 11 2025 18:39:00 | UPMC, 600 Grant St, 58th Fl, Pittsburgh PA 15219-2739 |
| 5668989 | | Email/Text: BNCnotices@dcmservices.com | Mar 11 2025 18:39:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5668991 | | Email/Text: BNCnotices@dcmservices.com | Mar 11 2025 18:39:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5664673 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lauren Marie Moyer | on behalf of Creditor Statebridge Company LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lisa A Rynard | on behalf of Debtor 1 Deborah L. Sawyer larynard@larynardlaw.com |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Ameriquest Mortgage Securities Inc., Asset-Back wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-R1 wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Deborah L. Sawyer, | Chapter | 13 |
| --- | --- | --- |
| **Debtor 1** | Case No. | 4:24−bk−02258−MJC |

## Amended Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is rescheduled for the date indicated below.

**April 10, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: April 17, 2025<br><br>Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701<br>570−831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristinaEdris, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 11, 2025 |

ntcnfhrg (08/21)