# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Williamsport)

| | |
|---|---|
| IN RE:<br>DEBORAH L. SAWYER<br>   Debtor | Case No. 4:24-bk-02258-MJC |
| Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-R1,<br>   Movant | Chapter 13 |
| vs.<br>DEBORAH L. SAWYER<br>   And<br>JEFFREY SAWYER (NON-FILING CO-DEBTOR)<br>   Respondents | 11 U.S.C. §362 and §1301 |

## MOTION TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

1. Movant filed a Motion for Relief from the Automatic Stay on February 11, 2025. Dkt. No. 30.

2. Debtor filed a response on March 6, 2025. Dkt No. 33.

3. On Wednesday, April 9, 2025, the Parties agreed to continue the matter for at least thirty (30) days to provide Debtor more time to cure default.

4. Accordingly, Movant Now respectfully requests that the hearing scheduled for April 10, 2025, at 10:00 am, be continued.

| | |
|---|---|
| Dated: April 9, 2025 | /s/ Mario Hanyon<br>Bar No. 314567<br>Attorney for Creditor<br>BROCK & SCOTT, PLLC<br>3825 Forrestgate Drive<br>Winston Salem, NC 27103<br>Telephone: (844) 856-6646<br>Facsimile: (704) 369-0760<br>Email: PABKR@brockandscott.com |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Williamsport Division*

| | |
|---|---|
| IN RE:<br>DEBORAH L. SAWYER | Case No. 4:24-bk-02258-MJC<br>Chapter 13 |
| Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-R1,<br>    Movant<br><br>vs.<br><br>DEBORAH L. SAWYER ,<br>    Debtor<br>    And<br>JEFFREY SAWYER<br>    Co-Debtor | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Motion to Continue Hearing has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Lisa A. Rynard, Debtor's Attorney
240 Broad Street
Montoursville, PA 17754
larynard@larynardlaw.com


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee, US Trustee
US Courthouse
1501 N. 6th St

Rev. Sept 1, 2014

Harrisburg, PA 17102

Via First Class Mail:

DEBORAH L. SAWYER
60 Central Avenue
Wellsboro, Pa 16901


JEFFREY SAWYER
60 Central Avenue
Wellsboro, PA 16901


Date: <u>April 9, 2025</u>

                                    <u>*/s/Mario Hanyon*</u>
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Ryan Srnik, PA Bar No. 334854
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com