United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 24-02258-MJC
Deborah L. Sawyer                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4                          User: AutoDocke                          Page 1 of 2
Date Rcvd: May 08, 2025                Form ID: pdf010                     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | JEFFREY SAWYER, 60 Central Avenue, Wellsboro, PA 16901-1816 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: mtgbk@shellpointmtg.com | May 08 2025 18:42:00 | Deutsche Bank National Trust Company, NewRez LLC d/b/a Shellpoint Mortgage Ser, PO Box 10826, Greenville, SC 29603-0826 |
| cr | + Email/Text: BKEBN-Notifications@ocwen.com | May 08 2025 18:42:00 | Deutsche Bank National Trust Company, as Trustee f, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 10, 2025                              Signature:              /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2025 at the address(es) listed below:

**Name**                            **Email Address**

Denise E. Carlon
                              on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
                              ecf_pahu_alt@trustee13.com

| | |
|---|---|
| Lauren Marie Moyer | on behalf of Creditor Statebridge Company LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lisa A Rynard | on behalf of Debtor 1 Deborah L. Sawyer larynard@larynardlaw.com |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Ameriquest Mortgage Securities Inc., Asset-Back wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-R1 wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### (Williamsport)

| | |
|---|---|
| IN RE:<br>Deborah L. Sawyer,<br>    Debtor | Case No. 4:24-bk-02258-MJC<br><br>Chapter 13 |
| Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-R1,<br>    Movant<br>vs.<br><br>Deborah L. Sawyer<br>    and<br>Jeffrey Sawyer, (Non-filing Co-Debtor)<br>    Respondents | 11 U.S.C. §362 and §1301 |

### ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY WITH RESPECT TO 60 Central Avenue, Wellsboro, Pennsylvania 16901

Upon consideration of Motion for Relief from Automatic Stay, Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-R1 ("Movant"), Dkt. # 30 ("Motion"), Debtor's Answer in response thereto, Dkt. # 33 ("Answer"), after a hearing held May 8, 2025, and for the reasons stated on the record, it is hereby

**ORDERED** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; it is further

**ORDERED** that Relief from the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 and 11 U.S.C. §1301 Co-Debtor Stay is **GRANTED** with respect to 60 Central Avenue, Wellsboro, Pennsylvania 16901 ("Premises") (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; it is further

**ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor; it is further

**ORDERED** that Rule 4001(a)(3) is not applicable and Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-R1 may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay; and it is further

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 8, 2025