United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-02258-MJC
Deborah L. Sawyer  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 3
Date Rcvd: May 15, 2025      Form ID: ordsmiss      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah L. Sawyer, 60 Central Avenue, Wellsboro, PA 16901-1816 |
| 5668992 | + | AMERIHOME MORTGAGE COMPANY, LLC, Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 5651668 | + | Allied Interstate Llc, Attn: Bankruptcy Department, Po Box 361477, Columbus OH 43236-1477 |
| 5651669 | + | Amerihome Mortgage Company LLC, 425 Phillips Blvd, Trenton NJ 08618-1430 |
| 5651679 | + | Robertson Anschutz Schnied Crane, 133 Gaither Dr, Ste F, Mount Laurel NJ 08054-1710 |
| 5651680 | | Statebridge Company, Llc, Sttn: Bankruptcy, 606 S Willow Dr, Ste 300, Greenwood Village CO 80111 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: mtgbk@shellpointmtg.com | May 15 2025 18:41:00 | Deutsche Bank National Trust Company, NewRez LLC d/b/a Shellpoint Mortgage Ser, PO Box 10826, Greenville, SC 29603-0826 |
| cr | + | EDI: LCIPHHMRGT | May 15 2025 22:38:00 | Deutsche Bank National Trust Company, as Trustee f, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| cr | ^ | MEBN | May 15 2025 18:36:55 | Statebridge Company, LLC as servicer for Wilmingto, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 5674760 | | EDI: MAXMSAIDV | May 15 2025 22:38:00 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 300001, Greenville, TX 75403-3001 |
| 5664672 | | Email/PDF: bncnotices@becket-lee.com | May 15 2025 18:50:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5651670 | + | Email/PDF: bncnotices@becket-lee.com | May 15 2025 18:50:19 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso TX 79998-1535 |
| 5651671 | + | EDI: CAPITALONE.COM | May 15 2025 22:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 5658791 | | EDI: CAPITALONE.COM | May 15 2025 22:38:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5651672 | ^ | MEBN | May 15 2025 18:36:48 | Geisinger, 100 North Academy Avenue, Danville PA 17822-3941 |
| 5669239 | | Email/Text: BNCnotices@dcmservices.com | May 15 2025 18:42:00 | Geisinger, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5651673 | | EDI: IRS.COM | May 15 2025 22:38:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia PA 19101-7346 |
| 5666194 | | EDI: JEFFERSONCAP.COM | May 15 2025 22:38:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5658427 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 15 2025 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5651674 | + | EDI: JPMORGANCHASE | May 15 2025 22:38:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe LA 71203-4774 |
| 5651675 | ^ | MEBN | May 15 2025 18:36:54 | KML Law group PC, 701 Market St, Ste 5000, Philadelphia PA 19106-1541 |
| 5651676 | + | EDI: MAXMSAIDV | May 15 2025 22:38:00 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 5699269 | + | Email/Text: mtgbk@shellpointmtg.com | May 15 2025 18:41:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
| 5699268 | | Email/Text: mtgbk@shellpointmtg.com | May 15 2025 18:41:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 5651677 | | EDI: PENNDEPTREV | May 15 2025 22:38:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5651678 | + | EDI: LCIPHHMRGT | May 15 2025 22:38:00 | PHH Mortgage, Po Box 5452, Mt Laurel NJ 08054-5452 |
| 5669806 | + | EDI: LCIPHHMRGT | May 15 2025 22:38:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 5664192 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 18:50:16 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5665505 | ^ | MEBN | May 15 2025 18:36:54 | Statebridge Company, 6061 S. Willow Drive, Suite 300, Greenwood Village, CO 80111-5151 |
| 5662560 | ^ | MEBN | May 15 2025 18:36:55 | Statebridge Company, LLC, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5651681 | + | EDI: SYNC | May 15 2025 22:38:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 5651682 | + | EDI: SYNC | May 15 2025 22:38:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando FL 32896-5064 |
| 5651683 | + | Email/Text: BankruptcyNotice@upmc.edu | May 15 2025 18:42:00 | UPMC, 600 Grant St, 58th Fl, Pittsburgh PA 15219-2739 |
| 5668989 | | Email/Text: BNCnotices@dcmservices.com | May 15 2025 18:42:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5668991 | | Email/Text: BNCnotices@dcmservices.com | May 15 2025 18:42:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5664673 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2025         Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Lauren Marie Moyer | on behalf of Creditor Statebridge Company LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lisa A Rynard | on behalf of Debtor 1 Deborah L. Sawyer larynard@larynardlaw.com |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Ameriquest Mortgage Securities Inc., Asset-Back wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-R1 wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Deborah L. Sawyer,     Chapter    13

**Debtor 1**

Case No.    4:24−bk−02258−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: May 15, 2025

ordsmiss (05/18)